No. 76–1796.   OTTOBONI ET AL. *v.* UNITED STATES, 434 U. S. 930.   Motion for leave to file petition for rehearing denied.

MARCH 2, 1978

No. 77–806.   GULF OIL CORP. *v.* CONNECTICUT PUBLIC UTILITIES CONTROL AUTHORITY ET AL.   C. A. 3d Cir.   Certiorari dismissed under this Court's Rule 60.

MARCH 6, 1978

No. 77–1072.   YEE *v.* YEE ET AL.   Appeal from Sup. Ct. Hawaii dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1091.   EPSTEIN *v.* CIVIL SERVICE COMMISSION ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–5742.   FRAKES *v.* UNITED STATES.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded to the United States District Court for the Western District of Kentucky with instructions to grant the Government's motion to dismiss the indictment.   THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 77–172.   MORELOCK ET AL. *v.* NCR CORP.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lorillard* v. *Pons,* 434 U. S. 575 (1978).